JENNIE STITCH, Respondent, v. TRYFOROS REALTIES, INC., Appellant.— Judg-

---

* Appeal dismissed, 258 N. Y. 630.      † Revd., 259 N. Y. 149.

ment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GUSTAV J. DOHRENWEND, Respondent, v. ANNA HOCHSTIM, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.